DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARY ORELLANA,**
Appellant,

v.

**PUBLIX SUPER MARKETS, INC.,**
a Florida corporation,
Appellee.

No. 4D21-3392

[November 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19000957 (12).

R. Timothy Vannatta of Rubenstein Law, P.A., Miami, and Bard D. Rockenbach and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Edward G. Guedes of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***